**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | MonteVerde Ranch, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-4550861 __ __ __ ___ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11035  Osborne Street | 11856  Balboa Boulevard |
| Number    Street | Number    Street |
| | 416 |
| | P.O. Box |
| Sylmar          CA      91342 | Granada Hills    CA    91344 |
| City             State   ZIP Code | City              State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City              State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.monteranch.com |

| Debtor | MonteVerde Ranch, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| Debtor | MonteVerde Ranch, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                      State ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

| Debtor | MonteVerde Ranch, LLC | Case number (if known) |
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

(Note: ☑ $1,000,001-$10 million)

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

(Note: ☑ $1,000,001-$10 million)

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/20/2020__
MM / DD / YYYY

✗ _[signature]_

Signature of authorized representative of debtor

Kymberly Chase
Printed name

Title __Chief Financial Officer__

---

Debtor    MonteVerde Ranch, LLC
_____          Case number (if known)_____
          Name

**18. Signature of attorney**      ✖ _____      Date    07/21/2020
                                        Signature of attorney for debtor                    _____
                                                                                             MM   / DD  / YYYY

                                  Ian  S. Landsberg
                                  _____
                                  Printed name
                                  Sklar Kirsh, LLP
                                  _____
                                  Firm name
                                  1880          Century Park East, Suite 300
                                  _____
                                  Number      Street
                                  Los Angeles                                CA          90067
                                  _____    _____    _____
                                  City                                       State        ZIP Code

                                  310-845-6416                              ilandsberg@sklarkirsh.com
                                  _____         _____
                                  Contact phone                             Email address

                                  137431                                    CA
                                  _____         _____
                                  Bar number                                State

| Fill in this information to identify the case: |
|---|

Debtor name  MonteVerde Ranch, LLC

United States Bankruptcy Court for the:  Central _____ District of  CA
                                                                                   (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  FlyGuard Systems P.O. Box 487 Lebanon, OR 97355-0487 | | Trade debt | U | | | $1,400 |
| 2  Unipest Control 23638 Lyons Avenue, #105 Newhall, CA 91321 | | Trade debt | U | | | $75.00 |
| 3  County of Public Health Dept. of Health P.O. Box 54978 Los Angeles,CA 90054-0978 | | Trade debt | U | | | $3,000 |
| 4  RAR Tech 4877 Cheryl Avenue Glendale, CA 91214-1224 | | Trade debt | U | | | $160 |
| 5  Victor Cervantes 15501 San Fernando Mission Blvd. Mission Hills,CA 91345-1375 | | Prof Services | U | | | $1,200 |
| 6  LA County Tax Collector P.O. Box 54018 Los Angeles, CA 90054-0018 | | Prop taxes | U | | | $24,000 |
| 7  RJ's Construction 4505 Manhattan Beach Blvd. Lawndale, CA 90260-2041 | | Trade debt | U | | | $2,500 |
| 8  Foothill Feed 12260 Van Nuys Blvd. Pacoima, CA 91331 | | Trade debt | U | | | $8,000 |

| Debtor | MonteVerde Ranch, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   Not applicable.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   Not applicable.

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   Not applicable.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles , California

Date: 07/20/2020

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Fill in this information to identify the case and this filing:

Debtor Name  MonteVerde Ranch, LLC

United States Bankruptcy Court for the:  Central _____  District of  CA _____
(State)

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/20/2020        ✗ _____
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                              Kymberly Chase
                              Printed name

                              CFO
                              Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**    MonteVerde Ranch, LLC

Case No. _____

**Debtor**

Chapter _11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____25,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____25,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

       More specifically identified in the engagement agreement, which will be subject to an application for Sklar Kirsh, LLP to be employed as general bankruptcy counsel

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

     More specifically identified in the engagement agreement, which will be subject to an application for Sklar Kirsh, LLP to be employed as general bankruptcy counsel.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/21/2020
_____

*Date*

_____
*Signature of Attorney*

Sklar Kirsh, LLP
_____
*Name of law firm*

## LIMITED LIABILITY COMPANY AUTHORIZATION
## OF
## MonteVerde, LLC

---

**The undersigned, being all of the Members of MonteVerde, LLC, a California limited liability company (the "Company"), acting in accordance with the authority granted in the Limited Liability Company Agreement for the Company (the "Operating Agreement") is executing this Limited Liability Company Authorization (this "Authorization") as of this \_\_\_ day of July, 2020:**

**WHEREAS**, the Member of the Company has determined that in order to provide a forum for the efficient reorganization and/or liquidation of the Company's corporate assets in a manner that maximizes value for creditors and protects the interests of stakeholders, it is in the best interest of the Company, its creditors, members, employees and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and that it would be advisable to seek to confirm a chapter 11 plan of reorganization under Subchapter V of the Bankruptcy Code; therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Central District of California; and it is

**RESOLVED FURTHER**, that Kymberly Chase is hereby authorized to act as the authorized representative of the Company to:

a.      Execute and verify or certify on behalf of the Company a petition under chapter 11 and to cause the same to be filed in an appropriate United States Bankruptcy Court at such time as the authorized officer executing the petition shall determine is appropriate; and

b.      Serve as the responsible officer in the chapter 11 case for the Company; and

c.      Execute and file all petitions, schedules, lists, statements and other papers and to take any and all actions that any of the authorized officers deem necessary, proper or desirable in connection with the chapter 11 case for the Company with a view toward the successful completion of the case or cases or to employ and designate appropriate officers to undertake such actions on behalf of the Company; and

d.      Take all actions, including, without limitation, the retention of counsel, financial advisors, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor or debtor in possession under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his/her judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to employ on a general retainer the law firm of Sklar Kirsh, LLP ("SK") or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company; and it is

**IN WITNESS WHEREOF**, this Authorization is executed by the undersigned as of the day and year first set forth above.

**MonteVerde, LLC,**
**a California Limited Liability Company**

By: _____

Name: *KIMBERLY CHASE*

Title: *CFO*

By: _____
Name:
Title:

By: _____
Name:
Title:

7:59 PM

06/22/20

Cash Basis

**Monteverde Ranch**
# Statement of Assets, Liabilities, & Equity - Cash Basis
### As of May 31, 2020

|  | May 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 01 Operating Acct 1466 | 62,433 |
| 03 MM Savings 7553 | 104,017 |
| **Total Checking/Savings** | 166,450 |
| **Total Current Assets** | 166,450 |
| **Fixed Assets** | |
| Property & Equipment | 4,564,498 |
| Accumulated Depreciation | (13,979) |
| **Total Fixed Assets** | 4,550,519 |
| **TOTAL ASSETS** | **4,716,969** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Overdraft Line of Credit | 237 |
| **Total Credit Cards** | 237 |
| **Other Current Liabilities** | |
| Small Business Admin. Loan | 153,900 |
| Boarder Deposits | 9,918 |
| **Total Other Current Liabilities** | 163,818 |
| **Total Current Liabilities** | 164,055 |
| **Long Term Liabilities** | |
| Note Payable Mermoo Stables LLC | 3,450,000 |
| Loan payable - Shirin | 12,753 |
| **Total Long Term Liabilities** | 3,462,753 |
| **Total Liabilities** | 3,626,808 |
| **Equity** | |
| Members Equity | 1,044,749 |
| Net Income | 45,412 |
| **Total Equity** | 1,090,161 |
| **TOTAL LIABILITIES & EQUITY** | **4,716,969** |

8:00 PM

06/22/20

Cash Basis

**Monteverde Ranch**

## Statement of Revenues, and Expenses - Cash Basis

### January through May 2020

| | Jan - May 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Boarding Income-L043 | 240,486 |
| Rentals-L046 | 1,373 |
| **Total Income** | 241,859 |
| **Gross Profit** | 241,859 |
| **Expense** | |
| Auto Expenses | 1,000 |
| Depreciation Expense | 266 |
| Equine Expenses | 1,665 |
| Equipment Purchases | 5,716 |
| Facilities Expenses | 128,009 |
| Financial Service Charges | 1,384 |
| Insurance Expense | 15,236 |
| Miscellaneous Expense | 11,600 |
| Professional Fees | 1,475 |
| Taxes | 25,661 |
| Utilities | 14,424 |
| Voided checks | 0 |
| **Total Expense** | 206,437 |
| **Net Ordinary Income** | 35,422 |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | 5 |
| Other Income | 10,000 |
| **Total Other Income** | 10,005 |
| **Other Expense** | |
| Interest Expense | 15 |
| **Total Other Expense** | 15 |
| **Net Other Income** | 9,990 |
| **Net Income** | **45,412** |

**See accountant's compilation report.**

**8:15 PM**

**06/22/20**

**Cash Basis**

# Monteverde Ranch
## Statement of Revenues, and Expenses - Cash Basis
### January through May 2020

| | Jan 20 | Feb 20 | Mar 20 | Apr 20 | May 20 | TOTAL |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| Boarding Income-L043 | 54,854 | 46,885 | 51,045 | 40,564 | 47,138 | 240,486 |
| Rentals-L046 | 388 | 255 | 340 | 255 | 135 | 1,373 |
| **Total Income** | 55,242 | 47,140 | 51,385 | 40,819 | 47,273 | 241,859 |
| **Gross Profit** | 55,242 | 47,140 | 51,385 | 40,819 | 47,273 | 241,859 |
| **Expense** | | | | | | |
| Auto Expenses | 0 | 1,000 | 0 | 0 | 0 | 1,000 |
| Depreciation Expense | 53 | 53 | 53 | 53 | 53 | 266 |
| Equine Expenses | 0 | 1,290 | 0 | 0 | 375 | 1,665 |
| Equipment Purchases | 1,225 | 1,123 | 1,123 | 1,123 | 1,123 | 5,716 |
| Facilities Expenses | 19,716 | 21,383 | 26,638 | 25,337 | 34,936 | 128,009 |
| Financial Service Charges | 450 | 201 | 228 | 279 | 227 | 1,384 |
| Insurance Expense | 1,975 | 1,077 | 6,321 | 2,681 | 3,182 | 15,236 |
| Miscellaneous Expense | 2,000 | 1,800 | 0 | 2,000 | 5,800 | 11,600 |
| Professional Fees | 1,475 | 0 | 0 | 0 | 0 | 1,475 |
| Taxes | 0 | 5,000 | 5,000 | 3,921 | 11,740 | 25,661 |
| Utilities | 1,995 | 1,933 | 5,526 | 1,094 | 3,876 | 14,424 |
| Voided checks | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Expense** | 28,889 | 34,859 | 44,888 | 36,488 | 61,312 | 206,437 |
| **Net Ordinary Income** | 26,353 | 12,281 | 6,497 | 4,330 | (14,039) | 35,422 |
| **Other Income/Expense** | | | | | | |
| **Other Income** | | | | | | |
| Interest Income | 0 | 1 | 1 | 1 | 2 | 5 |
| Other Income | 0 | 0 | 10,000 | 0 | 0 | 10,000 |
| **Total Other Income** | 0 | 1 | 10,001 | 1 | 2 | 10,005 |
| **Other Expense** | | | | | | |
| Interest Expense | 3 | 3 | 3 | 3 | 3 | 15 |
| **Total Other Expense** | 3 | 3 | 3 | 3 | 3 | 15 |
| **Net Other Income** | (3) | (3) | 9,998 | (2) | (1) | 9,990 |
| **Net Income** | 26,350 | 12,278 | 16,495 | 4,328 | (14,039) | 45,412 |

Monte Verde Ranch FinancialProjections 2020-2021

**CURRENT RATES**

| INCOME: | # Stalls | Rate | | July '20 | August '20 | September '20 | October '20 | November '20 | December '20 | January '21 | February '21 | March '21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Boarding Fees A @ $485 | 0 | $ 485 | | | | | | | | | | |
| Boarding Fees B @ $525 | 12 | $ 525 | | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 |
| Boarding Fees B @ $465 | 4 | $ 465 | | $ 1,860 | $ 1,860 | $ 1,860 | $ 1,860 | $ 1,860 | $ 1,860 | $ 1,860 | $ 1,860 | $ 1,860 |
| Boarding Fees C @ $420 | 23 | $ 420 | | $ 9,660 | $ 9,660 | $ 9,660 | $ 9,660 | $ 9,660 | $ 9,660 | $ 9,660 | $ 9,660 | $ 9,660 |
| Boarding Fees D @ $410 | 43 | $ 410 | | $ 17,630 | $ 17,630 | $ 17,630 | $ 17,630 | $ 17,630 | $ 17,630 | $ 17,630 | $ 17,630 | $ 17,630 |
| Polo Center Rental 38 stalls @ $450 | 38 | $ 450 | | $ 17,100 | $ 17,100 | $ 17,100 | $ 17,100 | $ 17,100 | $ 17,100 | $ 17,100 | $ 17,100 | $ 17,100 |
| Polo Center Rental 16 stalls  @ $400 | 42 | $ 400 | | $ 6,400 | $ 6,400 | $ 6,400 | $ 6,400 | $ 6,400 | $ 6,400 | $ 6,400 | $ 6,400 | $ 6,400 |
| Polo ponies in corrals and stalls @ $400 | varies | seasonal | | $ 400 | $ 400 | $ 400 | | | | | | |
| | # Indiviual | Rate | | | | | | | | | | |
| Shavings | 15 | $ 85 | | $ 1,275 | $ 1,275 | $ 1,275 | $ 1,275 | $ 1,275 | $ 1,275 | $ 1,275 | $ 1,275 | $ 1,275 |
| Private Tackrooms (15) | 15 | $ 65 | | $ 975 | $ 975 | $ 975 | $ 975 | $ 975 | $ 975 | $ 975 | $ 975 | $ 975 |
| Lessons (Wkly rate)/Trainers | 2 | $ 200 | | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Summer Camp trail rides | 570 | $ 30 | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sunset Rides (6PM) & extended rides | 10 | $ 50 | | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Trail Rides (On the Hr 10AM & 4PM) & Troop | 600 | $ 30 | | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 |
| Company Parties - Cowboys/Cowgirls (3 hour rental) | 1 | $ 300 | | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 | $ 600 |
| Event parking and arena fees | 2 | $ 300 | | | | | | | | | | |
| Trainer fees | 2 | $ 180 | | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 | $ 180 |
| Photo Shoots & Film | 3 | $ 100 | | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 |
| Banquet/Special Events (Post Shows) | 2 | $ 2,300 | | | $ 2,300 | | | | | | | |
| **TOTAL INCOME** | | | | | | | | | | | | |
| EXPENSE: | | | | | | | | | | | | |
| Salary Wages | 2 | $ 6,000 | 1 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 |
| Salary Wages guides | 1 | $ 2,500 | 1 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| Accounting/Audit/Business w/Quick Books | 1 | $ 250 | 1 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Interest on Loan (Monthly) | 1 | $ 26,000 | 1 | $ -26,000 | $ -26,000 | $ -26,000 | $ -26,000 | $ -26,000 | $ -26,000 | $ -26,000 | $ -26,000 | $ -26,000 |
| Property Taxes | 1 | $ 3,752 | 1 | $ 3,752 | $ 3,752 | $ 3,752 | $ 3,752 | $ 3,752 | $ 3,752 | $ 3,752 | $ 3,752 | $ 3,752 |
| Office Expense/ horse supplies | 1 | $ 200 | 1 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Phones | 1 | $ 270 | 1 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 |
| Horse feed (boarder & MVR owned) | 1 | $ 16,000 | 1 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 |
| Shavings | 1 | $ 400 | 4 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 |
| Horse Shoeing | 1 | $ 4,500 | 6 | $ 3,000 | $ 1,500 | $ 3,000 | $ 1,500 | $ 3,000 | $ 1,500 | $ 3,000 | $ 1,500 | $ 3,000 |
| Bd Service Fly service | 1 | $ 335 | 1 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 |
| Pharmacy (Pain Killer) BUTE | 1 | $ 50 | 1 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 |
| DWP -Water | 1 | $ 2,000 | 1 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| DWP - Electricity | 1 | $ 1,200 | 1 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 |
| Sewage of Sepict Tank ????? | 1 | $ 300 | 1 | | | | | | $ 300 | | | |
| Insurance | 1 | $ 42,000 | 1 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 |
| Lic/Fees/Permits/Taxes | 1 | $ 100 | 1 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Repair (Grounds) | | 1 | $ 200 | 1 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Security | | 1 | $ 500 | 6 | $ - | $ 500 | $ - | $ 500 | $ - | $ 500 | $ - | $ 500 | $ - |
| Veterinarian services (Floating teeth, vaccinations etc) | | 1 | $ 2,500 | 1 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| Trash service | | 1 | $ 300 | 1 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 |
| Other - Equipment (tractors, skip loader & ATV) | | 1 | $ 900 | 1 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 | $ 900 |
| Horse purchases | | 1 | $ 1,000 | 1 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| PR & Marketing | | 1 | $ 250 | 1 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Miscellaneous | | 1 | $ 1,500 | 1 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| TOTAL EXPENSE | | | | | | | | | | | | | |
| | | | | Dif | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| April '21 | May '21 | June '21 | Per/Month | | 12 months |
|---|---|---|---|---|---|
| | | | $ - | 12 | $ - |
| $ 6,300 | $ 6,300 | $ 6,300 | $ 6,300 | 12 | $ 75,600 |
| $ 1,860 | $ 1,860 | $ 1,860 | $ 1,860 | 12 | $ 22,320 |
| $ 9,660 | $ 9,660 | $ 9,660 | $ 9,660 | 12 | $ 115,920 |
| $ 17,630 | $ 17,630 | $ 17,630 | $ 17,630 | 12 | $ 211,560 |
| $ 17,100 | $ 17,100 | $ 17,100 | $ 17,100 | 12 | $ 205,200 |
| $ 6,400 | $ 6,400 | $ 6,400 | $ 6,400 | 12 | $ 76,800 |
| $ 400 | $ 400 | $ 400 | $ 400 | 6 | $ 2,400 |
| | | | | | |
| $ 1,275 | $ 1,275 | $ 1,275 | $ 1,275 | 12 | $ 15,300 |
| $ 975 | $ 975 | $ 975 | $ 975 | 12 | $ 11,700 |
| $ 200 | $ 200 | $ 200 | $ 200 | 12 | $ 2,400 |
| $ - | $ - | $ 570 | $ 17,100 | 1 | $ 17,100 |
| $ 500 | $ 500 | $ 500 | $ 500 | 12 | $ 6,000 |
| $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | 12 | $ 216,000 |
| $ 600 | $ 600 | $ 600 | $ 1,200 | 12 | $ 14,400 |
| | | | $ 1,200 | | $ 1,200 |
| $ 180 | $ 180 | $ 180 | $ 360 | 12 | $ 4,320 |
| $ 300 | $ 300 | $ 300 | $ 300 | 12 | $ 3,600 |
| | | | $ 2,300 | 2 | $ 4,600 |
| | | | $ 102,760 | | $ 1,006,420 |

| April '21 | May '21 | June '21 | Per/Month | | 12 months |
|---|---|---|---|---|---|
| $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | 12 | $ 72,000 |
| $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | 8 | $ 20,000 |
| $ 250 | $ 250 | $ 250 | $ 250 | 12 | $ 3,000 |
| $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | 12 | $ 312,000 |
| $ 3,752 | $ 3,752 | $ 3,752 | $ 3,752 | 12 | $ 45,024 |
| $ 200 | $ 200 | $ 200 | $ 200 | 12 | $ 2,400 |
| $ 270 | $ 270 | $ 270 | $ 270 | 12 | $ 3,240 |
| $ 16,000 | $ 16,000 | $ 16,000 | $ 16,000 | 12 | $ 192,000 |
| $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | 12 | $ 19,200 |
| $ 1,500 | $ 3,000 | $ 1,500 | $ 4,500 | 6 | $ 27,000 |
| $ 335 | $ 335 | $ 335 | $ 335 | 12 | $ 4,020 |
| $ 50 | $ 50 | $ 50 | $ 50 | 12 | $ 600 |
| $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | 12 | $ 24,000 |
| $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | 12 | $ 14,400 |
| $ 300 | | | | 3 | $ 900 |
| $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | 12 | $ 42,000 |
| $ 100 | $ 100 | $ 100 | $ 100 | 12 | $ 1,200 |

| | | | | | | |
|---|---|---|---|---|---|---|
| $ 200 | $ 200 | $ 200 | $ 200 | 12 | $ 2,400 |
| $ 500 | $ - | $ 500 | $ 500 | 6 | $ 3,000 |
| $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | 10 | $ 25,000 |
| $ 300 | $ 300 | $ 300 | $ 300 | 12 | $ 3,600 |
| $ 900 | $ 900 | $ 900 | $ 900 | 12 | $ 10,800 |
| $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 12 | $ 12,000 |
| $ 250 | $ 250 | $ 250 | $ 250 | 12 | $ 3,000 |
| $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | 12 | $ 18,000 |
| | | | $ 75,407 | | $ 860,784 |
| | | | $ 27,353 | | $ 145,636 |
| | | | | | |
| | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ian S. Landsberg, Esq. (SBN 137431)<br>Sklar Kirsh, LLP<br>1880 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>(310) 845-6416 Telephone<br>(310) 929-4469 Facsimile<br>Email:  ilandsberg@sklarkirsh.com | |

☐ Debtor(s) appearing without attorney
☒ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>MonteVerde Ranch, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 7/20/20

_____
Signature of Debtor 1

Date: 07/20/2020

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 7/20/20

_____
Signature of Attorney for Debtor (if applicable)

7/20/20

Danielle Lasley

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

FlyGuard Systems
PO Box 487
Lebanon, OR 97355-0487


Unipest Control
23638 Lyons Avenue, #105
Newhall, CA 91321


County of Public Health
Department of Health
PO Box 54978
Los Angeles, CA 90054-0978


RAR Tech
4877 Cheryl Avenue
Glendale, CA 91214-1224


Victor Cervantes
15501 San Fernando Mission Boulevard
Mission Hills, CA 91345-1375


LA County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


RJ's Construction
4505 Manhattan Beach Boulevard
Lawndale, CA 90260-2041


Foothill Feed
12260 Van Nuys Boulevard
Pacoima, CA 91331

Office of The United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017


Sklar Kirsh, LLP
Attn Ian S. Landsberg
1880 Century Park East Suite 300
Los Angeles, CA 90067


Monte Verde Ranch, LLC
11035 Osborne Street
Sylmar, CA 91342


Monte Verde Ranch, LLC
11856 Balboa Boulevard #416
Granada Hills, CA 91344

Mermoo Stables, LLC
Attn Melanie Coto
2222 Foothill Boulevard Suite 330
La Canada, CA 91011